**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando RODRIGUEZ–PALOMARES,
Defendant–Appellant.**

**No. 06–50665.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

Christopher A. Ott, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gordon S. Brownell, Esq., St. Helen, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Armando Rodriguez–Palomares appeals from his bench-trial conviction and 54–month sentence for attempted entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez–Palomares's counsel has filed a brief stating there are no grounds

for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

